IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

FREDERICK GOLDBERG

Case No. 15-2457TJS

GLR-15-0601

******

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this 13th day of __November__ __2015__, that the Defendant/Surety/Counsel is hereby directed to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of Broward County, Florida on or before the __20th__ day of __November__ __2015__, and return the receipt for said recordation to the Clerk of the Court within 48 hours.

_____
Timothy J. Sullivan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Property